PHILLIP A. TALBERT
United States Attorney
JAMES CONOLLY
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-MJ-00032-JDP |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| EFRAIN VALENTIN, | DATE: March 30, 2023 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Kendall J. Newman |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ROSS PEARSON, and defendant EFRAIN VALENTIN, both individually and by and through his counsel of record, CHRISTOPHER COSCA, hereby stipulate as follows:

1. The Complaint in this case was filed on March 1, 2023, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on March 6, 2023. A preliminary hearing date is currently set for March 30, 2023.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to April 13, 2023, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. This hearing was previously continued due to the trial schedule of defense counsel. ECF No. 11. The parties stipulate that the delay is required to allow the defense continued time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best

interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between March 30, 2023, and April 13, 2023, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  March 28, 2023                              PHILLIP A. TALBERT
                                                    United States Attorney


                                                    /s/ ROSS PEARSON
                                                    ROSS PEARSON
                                                    Assistant United States Attorney


Dated:  March 28, 2023                              /s/ CHRISTOPHER COSCA
                                                    CHRISTOPHER COSCA
                                                    Counsel for Defendant
                                                    EFRAIN VALENTIN
                                                    (Authorized by email on March 28, 2023)

STIPULATION                                  2

| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|  | United States Attorney |
| 2 | JAMES CONOLLY |
|  | ROSS PEARSON |
| 3 | Assistant United States Attorneys |
|  | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
|  | Telephone: (916) 554-2700 |
| 5 | Facsimile:  (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-MJ-00032-JDP |
|---|---|
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| EFRAIN VALENTIN, | DATE: March 30, 2023 |
| | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Kendall J. Newman |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on March 28, 2023. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to April 13, 2023, at 2:00 p.m., before

Magistrate Judge Carolyn K. Delaney.

2. The time between March 30, 2023, and April 13, 2023, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: March 29, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER  2