PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-100-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| EFRAIN VALENTIN, | DATE: September 26, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 26, 2023.

2. By this stipulation, defendant now moves to continue the status conference until December 12, 2023, and to exclude time between September 26, 2023, and December 12, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, photographs, and related documents in electronic form, totaling approximately 176 pages. The discovery also includes video recordings related to a wider investigation, in which the defendant was involved in a part. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1        b)      Counsel for defendant desires additional time to consult with his client, review the current charges, conduct investigation and research related to the charges, to review the discovery, to prepare for trial, and to discuss potential other resolutions with his client.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 26, 2023 to December 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: September 22, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JAMES R. CONOLLY<br>JAMES R. CONOLLY<br>Assistant United States Attorney |
| Dated: September 22, 2023 | /s/ CHRIS COSCA<br>CHRIS COSCA<br>Counsel for Defendant<br>EFRAIN VALENTIN |

**(*[Proposed] Order on following page.*)**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

# ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for September 26, 2023 until December 12, 2023, at 9:30 a.m. and time is excluded between September 26, 2023, and December 12, 2023, under Local Code T4.

IT IS SO ORDERED.

Dated: **September 22, 2023**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE