PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-100-DAD |
|---|---|
| Plaintiff, | [AMENDED] STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| EFRAIN VALENTIN, | DATE: February 20, 2024
TIME: 9:30 a.m.
COURT: Hon. Dale A. Drozd |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 20, 2024.

2. By this stipulation, defendant now moves to continue the status conference until May 14, 2024, and to exclude time between February 20, 2024, and May 14, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, photographs, and related documents in electronic form, totaling approximately 176 pages. The discovery also includes video recordings related to a wider investigation, in which the defendant was involved in a part. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to consult with his client, review the

current charges, conduct investigation and research related to the charges, to review the discovery, to prepare for trial, and to discuss potential other resolutions with his client.

      c)    Counsel for the defendant has also recently indicated to the government that he requires time to investigate competency matters related to his client. The information defense counsel has now is preliminary. The parties are not requesting competency proceedings currently.

      d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)    The government does not object to the continuance.

      f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 20, 2024 to May 14, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 13, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: February 13, 2024

/s/ CHRIS COSCA
CHRIS COSCA
Counsel for Defendant
EFRAIN VALENTIN

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for February 20, 2024, is hereby to May 14, 2024, at 9:30 a.m. and time is excluded between February 20, 2024, and May 14, 2024, under Local Code T4.

IT IS SO ORDERED.

Dated: **February 15, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE