COSCA LAW CORPORATION
CHRIS COSCA      CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
EFRAIN VALENTIN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EFRAIN VALENTIN,<br><br>　　　　　　　　Defendant. | CASE NO. 2:23-CR-00100-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 9, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 9, 2024. Defense counsel is unavailable on that date due to a medical issue. In addition, defense counsel requires additional time to investigate competency matters related to defendant. The parties are not requesting competency proceedings currently.

2. By this stipulation, the defendant now moves to continue the status conference until September 24, 2024, and to exclude time between July 9, 2024, and September 24, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

　　a)　The government has represented that the discovery associated with this case includes investigative reports, photographs, and related documents in electronic form, totaling approximately 176 pages. The discovery also includes video recordings related to a wider

investigation, in which the defendant was involved in a part. This discovery has been either produced directly to counsel and/or made available for inspection and copying. Counsel for the defendant desires additional time to review the current charges, consult with his client, conduct investigation and research related to the charges, review and copy discovery, discuss potential resolutions with his client, and otherwise prepare for trial.

      b)    Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)    The government does not object to the continuance.

      d)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 9, 2024, to September 24, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 8, 2024                                     PHILLIP A. TALBERT
                                                             United States Attorney

                                                             /s/ James Conolly
                                                            James Conolly
                                                            Assistant United States Attorney

Dated: July 8, 2024

/s/ Christopher Cosca
Christopher Cosca
Counsel for Defendant
EFRAIN VALENTIN

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference scheduled for July 9, 2024, is continued to September 24, 2024, at 9:30 a.m. and time is excluded between July 9, 2024, and September 24, 2024, under Local Code T4. The court remains concerned regarding the time being devoted to investigating competency matters related to defendant Valentin. The court will not continue the status conference in this case again absent a compelling showing of good cause include specific representations as to what investigation in this regard has been undertaken, what remains to be done and when any final reports or related materials are anticipated to be completed or assembled.

IT IS SO ORDERED.

Dated: **July 8, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE